**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HENRIETTA E. JACKSON, etc.,

      Plaintiff,

vs.                            Case No. 3:04-cv-444-J-32HTS

UNITED STATES OF AMERICA,

      Defendant.

_____

## O R D E R

A settlement conference has been set before the undersigned for Friday, December 9, 2005, in Courtroom 5A (5th Floor), U.S. Courthouse, 300 N. Hogan Street, Jacksonville, Florida.  Order (Doc. #56) at 1.  Trial counsel and representatives of the parties with full settlement authority shall personally attend.

Not later than Monday, December 5, 2005, counsel for each party shall submit for the Court's consideration an "open" memorandum setting forth their respective positions on settlement. These "open" memoranda should not be filed with the Clerk of the Court, but delivered directly to the undersigned at the address listed above, with a copy provided to opposing counsel.  In addition to this "open" memorandum, at the same time, each party shall submit to the Court only, and not opposing counsel, a memorandum marked **"CONFIDENTIAL."**  These "confidential" memoranda shall set forth the ultimate settlement position to which each

party would be willing to agree.   The "confidential" memoranda are for the Court's benefit only and the contents thereof will not be communicated to anyone.

At the conclusion of the settlement conference, whether or not settlement is reached, these memoranda will be destroyed by the Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of November, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
      and *pro se* parties, if any

- 2 -