## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

HENRIETTA E. JACKSON, etc.,

      Plaintiff,

vs.                                      Case No. 3:04-cv-444-J-32HTS

UNITED STATES OF AMERICA,

      Defendant.

_____

## **O R D E R**

    At the settlement conference held yesterday, the parties were unable to reach a resolution.  It was suggested that further discussions may be beneficial in effectuating a settlement, particularly if the United States Attorney or his first assistant participated.  Counsel for Defendant should consult with the appropriate individual and if further settlement discussions are deemed a good idea, counsel should file a request, within five (5) days of the date of this Order, that the Court recommence the settlement conference.

    **DONE AND ORDERED** at Jacksonville, Florida, this 10th day of December, 2005.

                    */s/*       Howard T. Snyder
                    HOWARD T. SNYDER
                    UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any